Dismissed and Opinion filed May 1, 2003









Dismissed and Opinion filed May 1, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00304-CV

____________

 

CITY OF BROOKSIDE VILLAGE, TEXAS,
Appellant

 

V.

 

CITY OF PEARLAND, TEXAS, Appellee

 



 

On Appeal from the 23rd District Court

Brazoria
County, Texas

Trial Court Cause No. 2965*BH97

 



 

M
E M O R A N D U M   O P I N I O N

This is an attempted appeal from a judgment signed January
21, 2003.  On April 25, 2003, appellant
filed a motion to dismiss the appeal in which it stated the parties determined
the appeal was filed prematurely and that the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

 

Judgment rendered and Opinion
filed May 1, 2003.

Panel consists of Chief Justice
Brister and Justices Fowler and Edelman.